TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYMOND K. WOO
Assistant United States Attorney
Arizona State Bar No. 023050
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: raymond.woo@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Ian William Moses,<br><br>　　　　　Defendant. | No.  **CR-25-00657-PHX-DJH (JZB)**<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. § 844(i)<br>(Malicious Damage to Property or Vehicle in Interstate Commerce by Means of Fire)<br>Counts 1-5 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

1.   On or about April 28, 2025, in the District of Arizona, the defendant, IAN WILLIAM MOSES maliciously damaged and destroyed, and attempted to damage and destroy, a silver Tesla Cybertruck, VIN ending in 0600, by means of fire.

2.   The silver Tesla Cybertruck was located at the Tesla Dealership in Mesa, Arizona, and the vehicle was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

<u>**COUNT 2**</u>

3.   On or about April 28, 2025, in the District of Arizona, the defendant, IAN

WILLIAM MOSES maliciously damaged and destroyed, and attempted to damage and destroy, a silver Cybertruck, VIN ending in 0768, by means of fire.

4. The Tesla Cybertruck was located at the Tesla Dealership in Mesa, Arizona, and the vehicle was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT 3

5. On or about April 28, 2025, in the District of Arizona, the defendant, IAN WILLIAM MOSES maliciously damaged and destroyed, and attempted to damage and destroy, a silver Cybertruck, VIN ending in 5449, by means of fire.

6. The Tesla Cybertruck was located at the Tesla Dealership in Mesa, Arizona, and the vehicle was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT 4

7. On or about April 28, 2025, in the District of Arizona, the defendant, IAN WILLIAM MOSES maliciously damaged and destroyed, and attempted to damage and destroy, a dark blue Model Y, VIN ending in 9325, by means of fire.

8. The Tesla Cybertruck was located at the Tesla Dealership in Mesa, Arizona, and the vehicle was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT 5

9. On or about April 28, 2025, in the District of Arizona, the defendant, IAN WILLIAM MOSES maliciously damaged and destroyed, and attempted to damage and destroy, the Tesla dealership building in Mesa, Arizona, by means of fire.

10. The Tesla dealership building was used in interstate and foreign commerce

and in any activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
RAYMOND K. WOO
Assistant U.S. Attorney